**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

GARY MANGINI,                          Civil No. 11-270 (NLH/KMW)

        Plaintiff,

   v.

PENSKE LOGISTICS,

        Defendant.

---

<u>**JUDGMENT**</u>

**THIS MATTER** having been tried to a jury and the jury having returned a verdict in favor of Defendant, Penske Logistics LLC, and against Plaintiff, Gary Mangini, on May 6, 2014,

**IT IS HEREBY ORDERED AND ADJUGED** that judgment is entered this ___13th___ day of May, 2014, in favor of Defendant, and against Plaintiff.

                         _s/ Noel L. Hillman_
                         NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey